**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1203**

JULIAN LEE GREEN,

        Plaintiff - Appellant,

    v.

THOMAS BUCK; ROD LEE; ROCHELLE BARRY; KIM GUNSOREK,

        Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00019-JPB-JPM)

Submitted:  September 25, 2025                    Decided:  September 29, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Julian Lee Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Lee Green appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Green v. Buck*, No. 5:25-cv-00019-JPB-JPM (N.D. W. Va. Feb. 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*